# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ernestina Gamez,<br><br>　　　　Plaintiff,<br><br>v.<br><br>Huffy Corporation Incorporated, et al.,<br><br>　　　　Defendants. | NO. CV-21-00414-TUC-JCH<br><br>**JUDGMENT OF DISMISSAL IN A CIVIL CASE** |

**Decision by Court.**  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's Order filed January 9, 2024, judgment of dismissal is entered. Defendants' Third-Party Complaint is dismissed without prejudice and Third-Party Defendant Tianjin Xuchen Bicycle Accessories Limited Company is dismissed from this action.

　　　　　　　　　　　　　　　　　　Debra D. Lucas
　　　　　　　　　　　　　　　　　　District Court Executive/Clerk of Court

January 9, 2024

　　　　　　　　　　　　　　　　　　s/ M. Espinoza
　　　　　　　　　　　　　　　By　Deputy Clerk