# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Ernestina Gamez, surviving daughter of Jose Gamez, decedent, individually and on behalf of all other statutory beneficiaries,<br><br>        Plaintiff,<br><br>v.<br><br>Huffy Corporation Inc..; Huffy Manufacturing Company d/b/a Huffy Bicycle Company, a foreign corporation; Wal-Mart Stores, Inc. a foreign corporation; TBD Fork Manufacturer/Supplier; John Does and Jane Does 1-10; ABC Corporations 1-10; and XYZ Partnerships 1-10,<br><br>        Defendants. | Case No.  4:21-cv-00414-JCH |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff Ernestina Gamez and Defendants Huffy Corporation, Inc. and Huffy Manufacturing Company hereby stipulate to the dismissal of this action, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), with each party to bear its own attorneys' fees and costs.

DATED this 15th day of May, 2025.

        WILSON ELSER MOSKOWITZ
         EDELMAN & DICKER LLP

        By: */s/ Andrew J. Albright*
           Brian Del Gatto
           Arman Nafisi
           Brian Cieniawski
           Andrew Albright
           Attorneys for Defendants Huffy
           Corporation, Inc. and Huffy
           Manufacturing Company

LAW OFFICE OF ERIC POST, PLLC

By: */s/ Eric Post (with permission)*
    Eric Post
    Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 15, 2025, the foregoing document entitled, Stipulation of Dismissal With Prejudcie, was e-filed and served via electronic service through the United States District Court for the District of Arizona's ECF System and served via email on the following person:

>Eric Post, Esq.
>Law Office of Eric Post, PLLC
>651 N. Swan Road
>Tucson, Arizona 85711
>eric@ericpostlaw.com
>epl4@ericpostlaw.com
>Attorneys for Plaintiff

By:  */s/ Andrew J. Albright*