# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ernestina Gamez, | No. CV-21-00414-TUC-JCH |
| Plaintiff, | **ORDER** |
| v. | |
| Huffy Corporation Incorporated, et al., | |
| Defendants. | |

Before the Court is the parties' Stipulation of Dismissal with Prejudice (Doc. 112), pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Good cause appearing,

**IT IS ORDERED** dismissing with prejudice this matter in its entirety. Each party agrees to bear its own attorneys' fees and costs.

**Dated this 20th day of May, 2025.**

_____
John C. Hinderaker
United States District Judge